In the Matter of the Claim of Mrs. DANIEL POTENZA, Appellant, against M. MORAN TRANSPORTATION LINES, INC., and FIREMAN's FUND INDEMNITY COMPANY, Respondents. STATE INDUSTRIAL BOARD, Respondent.— The widow of a deceased employee appeals from a decision disallowing her claim for death benefits. The employee died from a ruptured stomach ulcer. There was no direct proof of an injury. Witnesses testified as to statements made by the employee prior to his death, but there was little, if any, corroboration. The employer produced affirmative evidence to sustain its claim that there was no accident. Under the most favorable view of the evidence from the appellant's standpoint there was a question of fact which has been decided against the claimant. Decision unanimously affirmed. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.

In the Matter of the Claim of WILLIAM A. Ross, Respondent, against HOLLAND-DEGENHANDT AUTOMOTIVE PARTS Co., INC., and LIBERTY MUTUAL INSURANCE COMPANY, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Claimant's left eye was injured in an accident in the State of New Jersey in 1920, and thereafter he had useful vision therein until he was injured again on November 8, 1935, for which compensation is sought here. He recovered from the first injury, and had no difficulty with his work nor with his eye, except the reduced vision. The second injury produced industrial blindness in the left eye, and the State Industrial Board made an award for 100 per cent loss of use of the left eye. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.